UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUSSEIN TARABI,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. C14-1367RAJ<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

This matter comes before the court on consideration of the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge. The court notes that no party has objected to R&R. The court accordingly ADOPTS the R&R (Dkt. # 18), thereby REVERSING the final decision of the Commissioner. The court REMANDS this case to the Social Security Administration for further proceedings consistent with the Report and Recommendation. The clerk shall enter judgment for Plaintiff and ensure that Judge Theiler receives notice of this order.

DATED this 30th day of June, 2015.

*[signature]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER REMANDING CASE
PAGE - 1